IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES LEWIS HAIRSTON,** | ) | Civil Action No. 7:12-cv-00084 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VA. DEPT. OF CORRECTIONS,** | ) | **By:**   **Hon. Michael F. Urbanski** |
|     Defendant. | ) |        **United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

    Entered: February 28, 2012

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge